# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> Brian Jackie Harper | ) <br> ) <br> ) Case No: 7:07-CR-114-1FL <br> ) <br> ) USM No: 25734-056 |
| Date of Original Judgment: March 3, 2008 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) G. Alan DuBois <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  175  months **is reduced to**  150 months per count, concurrent.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated March 3, 2008, shall remain in effect. **IT IS SO ORDERED.**

Order Date:   April 22, 2015

*/s/ Louise W. Flanagan*
*Judge's signature*

Effective Date:   November 1, 2015
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*